UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America | ) Case No. 21- CR- 00232 |
| v. | ) |
| | ) |
| | ) |
| Richard Michetti | ) |

# Motion for admission *Pro Hac Vice*

Perry De Marco Sr. Esq, by this motion, is seeking admission *Pro Hac Vice* to the Bar of this court.

1. My address is 317 South 13th Street Philadelphia, PA 19107

2. I am admitted to the Supreme Court of the United States, the Supreme Court of Pennsylvania, and the District of New Jersey.

3. I have never been disciplined by any Bar in my entire legal career which has spanned nearly 45 years.

4. This is my first request for admission to the Bar of the District of Columbia *Pro Hac Vice.*

5. I do not and never have engaged in the practice of law from and office located in the District of Columbia.

6. Attached and marked Exhibit "A", is the Certification of Jonathan Jeffress Esq, who is admitted to the Bar of the District of Columbia and who is prepared to serve in my stead, if required.

7. Attached and marked Exhibit "B", is my Certificate of Good Standing, issued by the Clerk of the Eastern District of Pennsylvania.

   Wherefore Perry de Marco Sr. Esq, petitioner respectfully requests that he be admitted *Pro Hac Vice* to the Bar of this Honorable Court.

Date: April 8,2021

Respectfully submitted,

*Perry de Marco*

_____
Perry de Marco, Sr. Esquire