

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA  }
EASTERN DISTRICT OF PENNSYLVANIA

I, Kate Barkman, Clerk of the United States District Court for the Eastern District of Pennsylvania,

**DO HEREBY CERTIFY** that PERRY DEMARCO   Bar #22640
was duly admitted to practice in said Court on   05/12/1976, and is in good standing
as a member of the bar of said Court.

CLERK'S OFFICE
Sworn to and Subscribed
before me this day
December 29th, 2020

_____
KATE BARKMAN
Clerk of Court

Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania

DATED at Philadelphia, Pennsylvania
on 4/1/2021

BY: ___Paige Conti___

Deputy Clerk

Rev. 1/20/17