**LAW OFFICES OF PERRY de MARCO**
**BY: PERRY de MARCO, . , ESQUIRE**
**Identification No. 22640**
317 South 13th Street
Philadelphia, PA 19107
(215) 563-8000

|  |  |
|---|---|
| United States of America | ) Case No. 21- CR- 00232 |
| v. | ) |
|  | ) |
| Richard Michetti | ) |

### ENTRY OF APPEARANCE

**TO THE CLERK:**

Please enter my appearance on behalf of the defendant Richard Michetti in the above-referenced matter.

Respectfully submitted,

*Perry de Marco*

_____
PERRY de MARCO, SR.
Attorney ID: 22640