UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America | ) Case No. 21- CR- 00232 |
| v. | ) |
| | ) |
| Richard Michetti | ) |

**ENTRY OF APPEARANCE**

**TO THE CLERK:**

Please enter my appearance on behalf of the defendant Richard Michetti in the above-referenced matter.

Respectfully submitted,

*Perry de Marco*

_____
PERRY de MARCO, SR.
**LAW OFFICES OF PERRY de MARCO, SR.
BY: PERRY de MARCO, Sr., ESQUIRE
IDENTIFICATION NO: 22640
317 South 13th Street,
Philadelphia, PA 19107
(215) 563 - 8000**