**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

                   Plaintiff,

    v.                                    Case No. 1:21-cr-00232 (CRC)

RICHARD MICHETTI,

                   Defendant.

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

       Mr. Jonathan S. Jeffress, attorney, respectfully moves to withdraw as counsel to defendant Richard Michetti.  In support of this motion, Mr. Jeffress submits as follows:

1. Mr. Jeffress filed an appearance on behalf of Mr. Michetti in Magistrate Court in case 21-mj-238 (GMH).

2. Since the case was brought in this Court, new counsel for Mr. Michetti, Perry DeMarco, Sr., has entered an appearance on Mr. Michetti's behalf.

3. Because Mr. Michetti's interests remain protected and there is no prejudice to any party or the Court, this motion complies with Local Criminal Rule 44.5(d).  Counsel accordingly requests that it be granted.

Respectfully submitted,


_____/s/_____
Jonathan Jeffress (D.C. Bar #479074)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C.  20005
Telephone: (202) 683-4430
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 4th day of October 2021, the foregoing was served electronically on the counsel of record through the U.S. District Court for the District of Columbia (ECF) and the document is available on the ECF system.

*/s/ Jonathan Jeffress*
Jonathan Jeffress