**LAW OFFICES OF PERRY de MARCO, SR.**
**BY: PERRY de MARCO, Sr., ESQUIRE**
**IDENTIFICATION NO: 22640**
317 South 13th Street,
Philadelphia, PA 19107
(215) 563 - 8000

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| vs.   : | CRIMINAL NO. 21-cr-00232(CRC) |
| : | |
| **Richard Michetti**  : | |
| : | |

### O R D E R

**AND NOW,** to wit this ____ day of _____, 2022, upon consideration of the Defendant's Unopposed Motion for Release from Conditions of House Arrest, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion for Release from Conditions of House Arrest is GRANTED.

BY THE COURT:

_____
Honorable Christopher R. Cooper
United States District Court Judge

**LAW OFFICES OF PERRY de MARCO, SR.**
**BY: PERRY de MARCO, Sr., ESQUIRE**
**IDENTIFICATION NO: 22640**
317 South 13th Street,
Philadelphia, PA 19107
(215) 563 - 8000

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | **CRIMINAL NO. 21- cr-00232(CRC)** |
| | : | |
| **Richard Michetti** | : | |
| | : | |

### DEFENDANT'S UNOPPOSED MOTION FOR TEMPORARY RELEASE FROM CONDITIONS OF HOUSE ARREST

**TO THE HONORABLE, THE JUDGE OF SAID COURT:**

Defendant, Richard Michetti., by and through his counsel, Perry de Marco Sr., ESQUIRE hereby respectfully requests this Honorable Court to order a temporary release from his conditions of House Arrest from Saturday, April 30th 2022 until Sunday May 1, 2022. Your petitioner is requesting permission to leave his home from 2pm Saturday April 30th, 2022 until 11am Sunday May 1, 2022 and in support thereof states the following:

1. That on or about January 6, 2021, the Government filed a three-count Indictment against Richard Michetti which charged him with violating:

    18 U.S.C. §§ 1512 (c)( 2) ,2 (Obstruction of an Official Proceeding  - 1 count)

    18 U.S.C. § 1752(a) (1) (Entering and Remaining in a Restricted Building or Grounds - 2 counts)

18 U.S.C § 1752 (a) (2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)

40 U.S.C § 5104 (e) (2) (D) (Disorderly Conduct in a Capital Building

40 U.S.C § 5104 (e) (2) (G) (Parading, Demonstrating or Picketing in a Capital Building

2. That Petitioner is currently awaiting Trial and in the next Pre Trial conference in this case is presently scheduled for July 14, 2022

3. That Petitioner has been on House Arrest since the time of his arrest and has complied with the conditions thereof.

4. That Petitioner has been gainfully employed during the period of House and prior thereto.

5. That your Petitioner is requesting permission to attend a wedding with his girlfriend Kaylyn Pellegrino on Saturday, April, 30th 2022 until Sunday, May 1, 2022.

6. That your Petitioner respectfully requests to be temporarily released from the conditions of house arrest in order to attend this wedding as stated above.

7. That counsel for Petitioner has spoken with Mona Furst Esquire, the assistant United States Attorney assigned to this matter and she does not oppose this instant motion.

WHEREFORE, the Defendant, respectfully requests that this Honorable Court grant the Motion for Temporary Release from the Conditions of House Arrest.

RESPECTFULLY SUBMITTED:

PD8119
PERRY de MARCO SR., ESQUIRE

**CERTIFICATE OF SERVICE**

    I, Perry de Marco Sr., ESQUIRE, HEREBY CERTIFY THAT I HAVE FORWARDED BY ELECTRONIC FILING, A TRUE AND CORRECT COPY OF THE FOREGOING MOTION FOR RELEASE FROM CONDITIONS OF HOUSE ARREST TO THE FOLLOWING PERSONS:

| | |
|---|---|
| HONORABLE CHRISTOPHER R. COOPER | Mona Lee M. Furst |
| | Assistant United States Attorney |
| Richard Michetti | 1200 Epic Center |
| | 301 N Main |
| | Wichita, Kansas 67202 |

                                                  Via Email: mona.furst@usdoj.gov

PD8119
Perry de Marco Sr. , ESQUIRE

DATED: April 26, 2022