**LAW OFFICES OF PERRY de MARCO, SR.**
**BY: PERRY de MARCO, Sr., ESQUIRE**
**IDENTIFICATION NO: 22640**
317 South 13th Street,
Philadelphia, PA 19107
(215) 563 - 8000

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| vs. : | **CRIMINAL NO. 21-cr-00232(CRC)** |
| : | |
| **Richard Michetti** : | |
| : | |

## O R D E R

**AND NOW,** to wit this ____ day of _____, 2022, upon consideration of the Defendant's Unopposed Motion for Partial Release from Conditions of House Arrest, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion for Partial Release from Conditions of House Arrest is GRANTED.

BY THE COURT:

_____
Honorable Christopher R. Cooper
United States District Court Judge

**LAW OFFICES OF PERRY de MARCO, SR.**
**BY: PERRY de MARCO, Sr., ESQUIRE**
**IDENTIFICATION NO: 22640**
317 South 13th Street,
Philadelphia, PA 19107
(215) 563 - 8000

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | CRIMINAL NO. 21- cr-00232(CRC) |
| | : | |
| **Richard Michetti** | : | |
| | : | |

### MOTION FOR PARTIAL RELEASE FROM HOUSE ARREST CONDITIONS

**TO THE HONORABLE, THE JUDGE OF SAID COURT:**

Defendant, Richard Michetti., by and through his counsel, Perry de Marco Sr., ESQUIRE hereby respectfully requests this Honorable Court to order a partial release from his conditions of House Arrest and in support thereof states the following:

1. That on or about January 6, 2021, the Government filed a three-count Indictment against Richard Michetti which charged him with violating:

    18 U.S.C. §§ 1512 (c)( 2) ,2 (Obstruction of an Official Proceeding  - 1 count)

    18 U.S.C. § 1752(a) (1) (Entering and Remaining in a Restricted Building or Grounds - 2 counts)

    18 U.S.C § 1752 (a) (2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)

40 U.S.C § 5104 (e) (2) (D) (Disorderly Conduct in a Capital Building

40 U.S.C § 5104 (e) (2) (G) (Parading, Demonstrating or Picketing in a Capital Building

2. That defendant is currently subject house arrest conditions

3. That the defendant's Pre-Trial Services officer is Masharia Holman (202) - 442-1009

4. That defendant is requesting permission to visit with his mother (Ruth Richetti), step father (Tony Rodrigues) and with his daughter (Gianna) at Sun Retreats Sea Isle 1955 US-9 Clermont, New Jersey 08210 on the following dates: 07/22 - 07/24, 07/29 - 07/31, 08/05 - 08/07, 08/12 - 08/14, 08/19 - 08/21, 08/26 - 08/28, 09/02 - 09/05 .

5. That the defendant assures the court that during the entire time of the requested visitation the defendant's mother will be present with the defendant and with his daughter Gianna

6. That the defendant also requests that the Court grant him permission to take his daughter, in the company of his mother, to other activities such as going out for ice cream, movies, boardwalk, amusements, meals and beach.

7. The defendant understands that he cannot get his ankle monitor wet.

8. That Counsel for the defendant has spoken to both PreTrial services officer Marsharia Holman and with Assistant United States Attorney Mona Furst Esquire, and neither have an objection to this request.

WHEREFORE, the Defendant, respectfully requests that this Honorable Court grant the Petitioner partial release from his House Arrest conditions as set forth herein.

RESPECTFULLY SUBMITTED:

PD8119
PERRY de MARCO SR., ESQUIRE

## CERTIFICATE OF SERVICE

    I, Perry de Marco Sr., ESQUIRE, HEREBY CERTIFY THAT I HAVE FORWARDED BY ELECTRONIC FILING, A TRUE AND CORRECT COPY OF THE FOREGOING MOTION FOR PARTIAL RELEASE FROM HOUSE ARREST CONDITIONS TO THE FOLLOWING PERSONS:

| | |
|---|---|
| HONORABLE CHRISTOPHER R. COOPER | Mona Lee M. Furst |
| | Assistant United States Attorney |
| Richard Michetti | 1200 Epic Center |
| | 301 N Main |
| | Wichita, Kansas 67202 |

    Via Email: mona.furst@usdoj.gov

PD8119
Perry de Marco Sr., ESQUIRE

DATED: July 20, 2022