LAW OFFICES OF PERRY de MARCO, SR.
BY: PERRY de MARCO, Sr., ESQUIRE
IDENTIFICATION NO: 22640
317 South 13th Street,
Philadelphia, PA 19107
(215) 563 - 8000

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 21-cr-00232(CRC) |
| | : | |
| Richard Michetti | : | |
| | : | |

## DEFENDANT'S SENTENCING MEMORANDUM

Richard Michetti by his attorney Perry DeMarco, Sr Esquire, hereby respectfully submits this Sentencing Memorandum for consideration by this Honorable Court.

When Richard Michetti traveled to Washington D.C. on January 5th, 2021, he did so to attend a Trump rally. He did not go there with the intent of committing a Federal crime. Instead he went with the sole intention of attending a Trump Rally intended to protest the presidential election. He was not aware of the events that would follow. At the conclusion of the rally, President Trump urged his followers to march *with him* to express their anger and frustration with Congress. The President never joined the march. A fact that was not lost on the Defendant. Nevertheless at that point, the Defendant's state of mind was not criminal, rather he truly

believed that the election had been manipulated by the Democrats and that the Biden victory was unjust. He was exercising his First Amendment right to protest peacefully. That state of mind changed and became criminal when in the fury and heat of the moment he made his own individual decision to illegally enter the Capitol in an attempt to persuade the Congress to stop the vote. Without offering an excuse for this conduct it clearly was not made under cold, calculating and premeditated circumstances. There is absolutely no evidence to prove that he traveled to Washington with the intent of *storming the Capitol*.  His decision was made in an instant and rose from his admitted pain and disgust and his fervent belief that his country was moving in a horrible direction and that the Presidential election had been stolen. He was not part of an organized group. He was not part of a criminal organization set on destroying the government and willing to kill and do physical harm regardless of the consequences. In fact as a good citizen, he strongly denounces such organizations.  His life is corroborative of this. Prior to his arrest in this case, he lived a completely parochial life in the City of Philadelphia and its suburbs.

Richard Michetti is 29 years of age having been born on September 14, 1992. His father, Richard Michetti Jr and his mother, Ruth Rodrigues never married. Although his parents shared custody, he was primarily raised by his mother in various locations in South Philadelphia. He attended Mastery Charter High School and eventually obtained his GED from The Community College of Philadelphia in 2009. Mr. Michetti has a sister Nena who is 14 years of age and who lives with her mother. He also has a step brother, Tony, 21 years of age. Tony lives with his aunt Christina. He reports that he is on good terms with his immediate family and he also has an extended family of approximately 25 people with whom he enjoys a good relationship.

Mr Michetti stands at 5"6 tall and weighs 160 pounds. He reports that he has suffered with Asthma since age 12, which requires him to use an inhaler. He states that he although at one point he abused percoset he completely stopped that behavior in 2020. He does not consume alcohol.

Regarding mental status, Mr. Michetti reports that he has never necessitated treatment for psychological or psychiatric problems. He has never undergone surgery and except for the asthma medication, he does not require daily medication. In November of 2021 he decided to start Anger Management therapy (not court ordered), in order to address any underlying issues. The therapist is Ann Best PSY, 300 South Chester Road, #302, Swarthmore, PA 19081.

Regarding employment, Mr. Michetti advised that at age 14 he began working in restaurants as a busboy and he continued with that employment until he was approximately 22 years of age. In 2014, he secured employment with Danella Construction Company located in Plymouth Meeting, Montgomery County, Pennsylvania. While employed with Danella he was accepted as a member of Philadelphia Laborers Union, Local 57. He continues in this employment to the present.

His usual work day consists of rising at 5:30am, driving to the location of the construction site where the company is operating, and concluding his work day between the hours of 3:30- 6:30 pm. The actual physical work is referred to as construction of *butt fused joints on composite gas pipes.* It should be noted that gas runs through these pipes at very high pressure and there is a constant risk of explosion. Mr Michetti has never in the course of his employment received either an employer or union reprimand. He is a member in good standing of Local 57.

On June 1, 2019 Mr. Michetti made a settlement on his home on Clymer Lane for which he paid $165,000 dollars. Of that amount, $145,000 was mortgaged; he paid the

balance from $20,000 dollars in savings. Subsequent to the death of his maternal grandmother, Anna Michetti, Mr. Michetti invited his father to come and live with him on Clymer Lane.

Mr. Michetti met Jessica Stroup in July of 2017 at Barnabes bar in Ridley Township Pennsylvania. They started to date and in January of 2018 Jessica Stroup became pregnant and gave birth on September 1, 2018 to Gianna Michetti.

On June 1, 2019 they were living at Jessica Stroup's parents home located at 3640 Taylor Ave Drexel Hill Pennsylvania. Mr. Michetti advises that Jessica admitted to him that for approximately 13 years she had been suffering with anxiety and depression for which she takes medications on a daily basis. For a period of time, she was regularly seeing a therapist.

When Jessica became pregnant with Gianna, she immediately stopped her medications which resulted in serious mood swings. After she gave birth to Gianna on September 1, 2018 she began to suffer from a combination of anxiety and postpartum depression. This resulted in her becoming withdrawn, demanding and instigating arguments from time to time. However, overall her relationship with Mr. Michetti was generally very good and they continued to communicate and co-parent their daughter. Furthermore when Mr. Michetti would get home, tired and weary from his work day, he would pitch in and do all of the necessary chores, feeding, cleaning, and changing diapers that are required of a father and in order to give Jessica a rest. It came to a point however when the couple believed it would be best to separate. Throughout the period of time of his *intact* relationship with Jessica Stroup he offered to buy her a car, he offered to send her to manicure school, he provided her with a credit card, and he took trips and vacations with her and their child to Atlantic City and other vacation spots, campgrounds, etc. He also advised that prior to buying Clymer Lane he wanted to go back to his roots and live in South Philadelphia. The couple searched for a home together for 6 or 7 months however Jessica insisted that she wanted to live in Delaware County, Pennsylvania and Richard

conceded. In late July of 2019 they decided that it would be best if they separated. Mr. Michetti remained at Clymer Lane and Jessica moved back with her parents but the couple were still compatible and talking. They would talk 3 or 4 times a day, not only to permit Mr. Michetti to maintain contact with his daughter, who is now 4 years old but also they talked about many subjects including politics. Politics was indeed a regular subject with Mr. Michetti and Jessica. In these discussions, Michetti was a Trump supporter and Jessica regarded herself as politically neutral. In spite of any political disagreements, they remained very friendly however just before Christmas he and Jessica had started to have differences about the custody arrangement and on or about January 8, 2021 he was served with a Protection from Abuse Petition (PFA). Notwithstanding the PFA and the allegations contained therein, even as late as January 4th 2021 Mr. Michetti and Jessica had made arrangements to have dinner at Dovious restaurant in South Philadelphia together however he was forced to work late and could not attend. Additionally, in late October of 2020 Mr. Michetti met a new girlfriend Kay Pelgriono. He advises that when he told Jessica about this new relationship, her attitude toward him changed dramatically. Nevertheless, it should be noted that even while I was interviewing him on September 4, 2021, in preparation for his case, he received a FaceTime call from Gianna, his daughter. He advised that Jessica organized the FaceTime which she was not supposed to do pursuant to the custody agreement that has now been formalized. He said that Jessica's Mother was given this responsibility. However this is corroborative of the fact that Jessica apparently has no hesitation in continuing to communicate with Mr. Michetti, notwithstanding the specific terms of the custody agreement.

      Mr. Michetti reports that he is totally involved with family activities involving his cousins, his sister, and his own child. These activities include family vacations to Disney World. The family also has a campground near Wildwood, NJ, where they spend a lot of time together. Mr. Michetti also faithfully attended family birthday parties, barbecues and holiday events. Since the time of his arrest, Mr Michetti has been on house arrest and has never been

the subject of a violation of house arrest conditions. Furthermore, this court recently granted permission to Mr. Michetti to be relieved of the conditions of House Arrest on the weekend so that he could travel to New Jersey to spend time with his mother and daughter. He has done this for approximately seven weekends now and there has never been a violation of the conditions of that special release.

It would be disingenuous to regard Mr. Michetti as a criminal but for his conviction in the instant case. I submit that Mr.Michetti has spent his entire life being a good person, a good man and a good father who on one particular day committed a criminal act. And now he justifiably stands before this court for sentencing. The court in sentencing must consider the safety of the public. Mr. Michetti does not pose a risk and this regard. The court must also consider due punishment for the defendant and that punishment should indeed demonstrate to others that the conduct exhibited by this client in this case will not go un-punished. Without stating that Mr. Michetti should be entitled to a non-custodial sentence, he has indeed demonstrated that he is an excellent candidate for a non-custodial sentence since from the time of his arrest he has conducted himself as a law abiding citizen, has continued to be a good father and family member, and has successfully demonstrated that when the conditions of release are relaxed he does not violate those rules and regulations and is not one to take advantage of the same. Mr. Michetti, asks that the Court consider that since Jessica does not have employment he is the sole provider for his daughter who will undoubtedly suffer if that support is interrupted. Mr. Michetti has already learned his lesson and there is no evidence to suggest that he is likely to engage in this conduct again. He has reached out to his Church and family for support. attached hereto are character letters written on his behalf. These letters were not written by people who simply know the Defendant, rather these people love and respect him and all have rallied to his side. Also attached is Mr. Michetti's own statement,

6

written completely without the assistance of counsel. In fact this counsel did not edit or change that statement in any way. It speaks for itself. (See attached Defendants Letters in exhibit: A)

For all of the reasons set forth herein, the Defendant respectfully requests only that the sentence imposed be fair and just considering the totality of the circumstances surrounding this very serious matter.

                RESPECTFULLY SUBMITTED:

                PD8119
                PERRY de MARCO SR., ESQUIRE

## CERTIFICATE OF SERVICE

On this 1st day of September 2022, a copy of the foregoing was served on counsel of record for the Government via the Court's Electronic Filing System.

        LAW OFFICES OF PERRY de MARCO, SR.
        BY: PERRY de MARCO, Sr., ESQUIRE
        IDENTIFICATION NO: 22640
        317 South 13th Street,
        Philadelphia, PA 19107
        (215) 563 - 8000

**See attached exhibit A:**

Richard Michetti

607 Clymer Lane

Ridley Park, PA 19078

(267-437-6743)

Honorable Christopher R. Cooper,

    Your Honor, first and foremost I want to express how sorry I am for my actions that day. It was only when I plead guilty in Your Honor's court on May 31st, did I find peace.  I respectfully submit myself to any judgement that is handed down from Your Honor's court. I realized since then how my actions that day hurt a multitude of people from law enforcement officers (whom I love and have the utmost respect for), their families, average Americans who were enraged and fearful by the events that occurred that day, to my daughter, and family. I want to apologize for the embarrassment and shame I have caused them, and for the time and memories we could have shared together and will never get back.

    Following that day, even before my arrest, I started to reflect on myself. For the first seven or eight months I focused a lot on myself and how I could change the negative characteristics I saw in me.  This was not easy for me because I was hesitant to take responsibility for my part that day and accept the negative traits I displayed.  My anger was out of control and for a period increased, especially when my daughter was kept from me after my arrest. In this time, I would like to share my personal story with the court and shed some light on the person I worked extremely hard to become, and not the person I was on January 6th.

    I was born in South Philadelphia in a working -class Italian neighborhood. Even though my parents were not together, I shared equal time with both sides and stayed family oriented. This included family vacations, and spending holidays together. Family and faith were very important growing up. Both of my grandfathers were avid church goers and the rocks of both of my families. They were blue collar union men that I looked up to. They were gentle and loving, they always put others first, but at the same time were rugged and very hardworking. They were my inspiration.

    My mother worked various jobs usually two or three at a time. My father is a carpenter in the Carpenters Union of Philadelphia. I remember attending church with my family at least twice a week from when I was six or seven years old. Growing up I was involved with sports. I played football, baseball, and basketball for various leagues. When I was fourteen or fifteen, I started to pull away from sports and my family and put my friends first. This was the beginning of me drifting away from my roots and core values. I officially dropped out of school in the 10th grade back in 2009. I began to live with my grandparents after that and received my GED in November 2009. Around 18 years old I began to experiment with Percocet pain pills and became addicted.  After not

realizing who I had become, I took my parents' advice and checked into a rehabilitation center October 2012 in Port St. Lucie, Florida. After working as a bus boy and other various jobs, I was hired at Danella Construction as a Union Laborer in September 2014. I never worked physical labor before and did not realize the physical toll it takes on your body. At times I thought about quitting, but realized this career was a crucial part to my goal of starting a family. The following year in September 2015, my dad's father was diagnosed with lymphoma. (My mom's father had already passed away in February 2009, from ALS, and I was not there for him like I should have been.) I wanted to do everything I could to be there for the man who did everything for me. On November 17, 2015, six days after his 84th birthday, my grandfather passed away at home with his family. His passing was devastating to me and my family.

    In the summer of 2017, I met my daughter's mother. In January 2018, she became pregnant and I moved in with her and her parents shortly after.  On September 1, 2018 my daughter was born; Gianna Marie Michetti. This was the best day of my life! My daughter's birth reminded me of how important family really is. In June of 2019, I purchased a home in a nice neighborhood with a great school district for my daughter. In August of 2019, my daughter's mother and I seperated. This hurt me tremendously, as I did not see my daughter every day and my hopes of having a family were crushed. Even though we seperated, we remained really good friends and continued to do family activities with our daughter. When the pandemic occurred, I had my daughter four days out of the week but being home alone the other three days was very depressing. Around the time of George Floyd's murder, my mother's neighborhood and my daughters' mother's neighborhood was being targeted with threats of violence. The thought of my mother, sister, and daughter not being safe drew a lot of anger and fear out of me. A few months later, I believed the election was unfair at the time and even more fear and anger kicked in. From an early age I knew our country was great due to the people having a voice and having a right to display their concerns through voting. So on January 6th, I went to Washington DC to show my support for the people who were concerned about whether the vote was fraudulent or not. It was not until the end of the former President's speech that I knew about the protest occurring at the Capitol. Unfortunatley, when I saw what was happening, I did not leave, instead I just got angry, and just like the rest of the people there I wanted what I thought was "justice".

    It is extremely hard to talk about and or watch videos from that day because it reminds me that I was there behaving and condoning certain actions. Even though if I thought the vote was not fair, it does not give anyone the right to act in such a way. After January 6th I realized I needed to make major improvements and take the correct steps to control my anger. I began going back to church with my mother and began to read the Bible. I came across two versus that stuck out to me that showed me how wrong the people and I were for our actions that day.  Romans 13 states "let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God. Whosoever therefore, resiseth the power, resiseth the ordinance of God: and they that resist shall receive to themselves judgement." And 1 Peter: "submit yourselves to every ordiance of man for the Lords sake; whether it be to the King, as supreme: or unto governors, as unto them that are sent by him for the punishment of evildoers, and for the praise of them that do well." These verses really convicted me and I began to accept responsibilty for the role I played that day. I completed ten anger management classes and though I was never accused by my daughter's mother of any physical violence, she did get a PFA against me for verbal abuse on January 8th, 2021. Which then also led me to take a twenty-four hour "Batterer Intervention" class.

Unfortunately, it took these tragic events for me to realize that my anger was out of control and started to negatively affect people around me. The person on display on January 6th is not the same person Your Honor sees here today. I am not perfect but I worked very hard to make the changes in my life that were harmful and negatively impacting not only in my life but others as well. I look forward to continue to working every day on being the type of man my grandfathers were and the examples they proved to be for myself and my family.

Thank you for taking your time to read this.

Sincerely,

Richard S. Michetti

Your Honorable Christopher R. Cooper,

My name is Lorraine Tortorice. I am 67 years old and I work at Chick-Fil-A. I have known Richie since May 2021, where he is a member of Third Baptist Church, where I also attend. Throughout the entire time Richie has been respectful, an active participant and an honor to be around. As a member of our congregation, he engages in all of the church's activities. This includes volunteering to clean the church, setting up for various events, and attending services twice a week. A recent example was a flea market our church hosted. Richie came the Tuesday before, moved tables, removed trash, etc. On the day of the event, he set up the tables outside, helped moved items around, and offered to be of assistance in any way.

Richie also lends an ear to whoever needs someone to talk to, including me. A rare trait in today's world. Knowing Richie for a little over a year now, I can truly say, his actions in one day does not define him as to who he really is as a man, father, and friend.

Thank you for your time.

Sincerely,

*Lorraine Tortorice*

Lorraine Tortorice

To the Honorable Christopher R. Cooper,                                             June 19, 2022

My name is Chris Esgro, I live in Glassboro NJ. I am a career firefighter, and EMT and a father of 3. I am writing this letter on behalf of my nephew Richard S. Michetti (Richie). I met Richie when he was 9 years old- he is my wife's nephew. Throughout those years he has always been an upstanding kid and then I watched him grow into an upstanding man and dedicated father. The relationship between our family and Richie is solid and we are so proud of him and his accomplishments. He is no stranger to hard work and what it means to be a family man. He has always been a "give it your all" type of person. As a nephew, a son, a brother, a friend and especially as a father, he gives it his ALL! He always does his best and puts other people first. In no way is he ever harmful, selfish, or incompetent as a human being.

 I am thankful to have gotten to know Richie over the years and to also be an example for him as his uncle. I also appreciate his willingness to help and be there for my kids through the years. He is well liked and well respected not only in our family but in our church family as well. He is honest, generous, hard-working, and responsible. These positive attributes do not go unnoticed, especially since so many people his age lack these traits, but he is one of a kind.

We do not get a rewind button on life. We can however learn from mistakes and strive to be better.  I am happy to talk in person or do anything necessary to help Richie. I appreciate you reading this letter, thank you kindly.

Sincerely,

Chris Esgro

(856) 889-1324

Chris17218@gmail.com

June 20, 2022

Your Honorable Christopher R. Cooper,

My name is Carol Morrone. I am writing this letter on behalf of my husband Al Morrone and I. We are both 75 years old. I currently work as a Rasmas Facilities Manager at Methodist Hospital for the past 43 years. My husband, Al, is a retired Veteran of the U.S. Airforce. We are both proud members of Third Baptist Church in Philadelphia where we had the pleasure of meeting Rich when he began to attend our church about 16 months ago with his Mother and Sister.

Very shortly after, Rich began to volunteer and lend his time at our church. Given his age, and his willingness to help, it proved very beneficial to our church we were able to complete much needed renovations throughout our church. Rich is always willing to help and makes himself available when we need him.  Some of these tasks include trash removal, painting, concrete work, and cleaning. Rich has been a blessing to our church, to say the least.

The past 16 months being on house arrest and having his daughter taken away from him has been a tremendous hardship on him as well as all of us. Recently, however, Rich was awarded visitation with his daughter, Gianna and brought her to church a handful of times. It is a joy to watch them be reunited, she truly is his whole world.  At Gianna's age it is so important to have a loving father in her life. His kindness, patience and love is remarkable, there is nothing he wouldn't do for his daughter.

Thank you for your time.

Sincerely,


Carol Morrone and Al Morrone

Donna Tarasevich, Legal Assistant
3189 S Uber Street
Philadelphia, PA  19145

June 19, 2022

The Honorable Christopher R. Cooper

**RE:   Richard Michetti**

Dear Judge Cooper:

I am writing to you on behalf of my nephew, Richard Michetti.  I want to bring to your light the kind of person that he is despite the grave allegations that he has faced in recent time. Richard has always been proven to be of a fine, loving, and responsible character.

I wanted to share with you one example of the kind, gentle person Richard has been over the years.  When my father, whom we were all very close to, was in the hospital with an incurable diagnosis, Richard being the youngest grandchild (23 years of age at the time), never hesitated to sleep at the hospital with my father and from there go to work in the morning.  When our family was deciding whether to bring my dad home in his last days or send him to a hospice facility, Richard was the first one to say, "I want to bring him home" and slept every night with my father, taking such good care of him and then again going to work every morning. The strength and responsibility he had shown at a time that I know he was devastated, is just one story I can share of his selfless and loving character.  I will be forever proud and grateful of how he handled his grandfather with such love and tenderness.

Richard has thus far shown a steadfast and resolute demeanor in moving past this mistake in a constructive and successful manner.  Richard has been striving to make amends and I am sure we will get to see his good works bringing fruitful results to society again.

Respectfully,

Donna Tarasevich
Donna Tarasevich

Fwd: In support of Richard Michetti

From: Chris Olshefski (faithindependent@gmail.com)

To: ruthrichetti@yahoo.com

Date: Monday, September 13, 2021, 08:39 AM EDT


---------- Forwarded message ----------
From: **Chris Olshefski** <faithindependent@gmail.com>
Date: Mon, Sep 13, 2021, 8:37 AM
Subject: In support of Richard Michetti
To: <bornagain98@verizon.net>


To whom it may concern:

Good morning. My name is Chris Olshefski. I am the Pastor of Faith Independent Baptist Church in S. Philadelphia, and uncle to Richard Michetti.

I am writing to speak on behalf of Richard today. As long as I have known him, he has been a wonderful member of the family as my nephew, and as long as he's been a father, I know that he has lovingly cared for his daughter Gianna. I know he works hard, has always been respectful, and always has a smile on his face and a great sense of humor.

As someone who is privileged to be in the ministry, I believe that I am, at least on some level, a good judge of character, and although we all fall short, I believe I can confidently say that Richard is a young man of character.

I also know he's been active recently in church, not only attending but also assisting with some projects around the building.

I humbly ask that you consider this letter in making assessing circumstances around Richard today.

Respectfully,

Pastor Chris Olshefski
267-902-1252

To The Honorable Christopher R. Cooper,                    June 16, 2022

Richard Michetti is my daughter-in-law Lauren's cousin and one of my former co-workers Gennaro Michetti's nephew. My friend Gennaro would speak of his nephew Richard with Pride when family would come up on the job as he did when speaking of his son and daughters.

My contact with Richard would be at Family gatherings. I was always taught "first impressions were lasting ones" and I am still a believer in this today. I will always recall my first Holiday at my in-laws, it was Christmas Eve Dinner with Richard in attendance with his lovely daughter Gianna who was just an infant at the time, how attentive he was to her even though everyone at the table wanted to take their turn holding and coddling her. I was also impressed how he was assisting his Aunt Donna (our host) throughout the evening with serving dinner, making sure his elderly Grandmother was comfortable and taken care of, then cleaning up afterwards.

The only information I have regarding Richard's charges is what I've read in the media. Upon watching the horrific scenes from our Capitol on January 6th 2021, the national coverage, hearings going on today and spending over 40 years in Law Enforcement as a Philadelphia Police Officer, incarcerating Richard for his crime would be non productive. To take him away from his daughter, his job, and his Family in my opinion would be detrimental to everyone.

Respectfully,
Joseph DiSpaldo

*Joseph DiSpaldo*

Ashley Felock, School District of Philadelphia Teacher
241 South Swarthmore Ave
Ridley Park, Pa 19078

The Honorable Christopher R. Cooper

**RE: Richard Michetti**

Dear Judge Cooper,

I am writing to you on behalf of my cousin, Richard Michetti. I would like to share my thoughts on the kind of person Richard is and how he has served as an integral part of my life for the past 29 years, despite the recent allegations that have been made.

Although Richard is six years younger than me, he is someone I have always strived to be like. Watching him take care of my grandparents while managing a full time job without hesitation or complaint was admirable. His compassion shown to my son is a testimony of what a great role he plays in my family alone. Moreover, witnessing the love and responsibility he displayed when his daughter Gianna was born has been incalculable. Their father-daughter relationship is very unique and continues to evolve into a bond anyone would cherish.

Being a teacher for the past 14 years, unfortunately I have witnessed first hand the effects incarceration of parents has on their children. I cannot think of any need in childhood as strong as the need for a father's protection. In my opinion, taking Richard away from his daughter, loved ones, and occupation will cause more harm than justice. It is my sincere hope the court takes this letter into consideration at the time of sentencing. I deeply believe my cousin Richard is an honorable individual, as well as a valuable member not only to his family, friends but also to his job community and society.

Respectfully,

*Ashley Felock*
Ashley Felock

Jessica Stroup
3640 Taylor Ave
Drexel Hill PA 19026

August 23, 2022

Dear Honorable Judge Christoper R. Cooper,

My name is Jessica Stroup. I'm Richard Michetti's Daughter's Mother. I have known Richard for five years now. I'm aware of the charges committed by Richard Michetti and his upcoming sentencing hearing.

Rich and I share a four year old beautiful vibrant little girl. We are currently working through a custody situation , Our daughter Gianna has recently started weekend visitation with Richard. I know Richard and Gianna look forward to their time together. I'm concerned about how his long absence will effect our daughter.

I fully understand the seriousness of his crimes but I ask that while sentencing him that you may consider alternative forms , possibly serving his sentence on house arrest so he can continue to build a relationship with our daughter and be able to support her.

I thank you for your time and understanding.

Regards,
Jessica Stroup